IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE WHITE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHESTER HOUSING AUTHORITY, ET AL. | : | NO. 17-1790 |

## ORDER

**AND NOW**, this 4th day of April, 2018, upon consideration of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Docket No. 7), and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion to **GRANTED** insofar as it seeks dismissal of (a) the retaliatory discharge claims in Counts II, IV, and V; (b) the ADA claim (Count VI); and (c) the Fair Labor Standards Act claim (Counts VIII), and those claims are **DISMISSED**, although the FLSA claim is **DISMISSED WITHOUT PREJUDICE**.

2. The Motion is **DENIED** insofar as it seeks dismissal of (a) the hostile work environment claims in Count II and III; and (b) the 42 U.S.C. § 1983 claims in Counts X and XI.

3. Plaintiff is **GRANTED** leave to amend the Complaint as to Count VIII only. Any amended complaint shall be filed on or before April 24, 2018

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.